# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 08-18


EDITH MARIE GUILBEAUX

VERSUS

RUSSELL JAMES GUILBEAUX


**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20064229
HONORABLE KRISTIAN D. EARLES, DISTRICT JUDGE

**********

## MARC T. AMY
## JUDGE

**********

Court composed of Marc T. Amy, Billy Howard Ezell, and J. David Painter, Judges.

**AFFIRMED; MOTION TO STRIKE DENIED.**


L. Lane Roy
Preis & Roy
Post Office Drawer 94-C
Lafayette, LA   70509
(337) 237-6062
COUNSEL FOR DEFENDANTS/APPELLEES:
 Carolyn Bean Guilbeaux
 James Guilbeaux
 James Bean Guilbeaux
 Russell James Guilbeaux

Tori S. Bowling
Keogh, Cox, Wilson
701 Main Street
Baton Rouge, LA   70802
COUNSEL FOR DEFENDANTS/APPELLEES:
 Carolyn Bean Guilbeaux
 James Guilbeaux
 James Bean Guilbeaux
 Russell James Guilbeaux

**Warren D. Rush**
**Rush, Rush & Calogero**
**Post Office Box 53713**
**Lafayette, LA   70505-3173**
**(337) 235-2425**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Edith Marie Guilbeaux**

AMY, Judge.

For disposition of this consolidated matter, see *Samuel Paul Guilbeaux v. Carolyn Bean Guilbeaux, et al.*, 08-17 (La.App. 3 Cir. _/_/_), __ So.2d __.

**AFFIRMED; MOTION TO STRIKE DENIED.**